IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA      PLAINTIFF/RESPONDENT

    v.      Civil No. 06-2056
         Criminal No. 05-20020-001

HUMBERTO VALDEZ-RUIZ      DEFENDANT/MOVANT

## O R D E R

Movant, a prisoner at the Giles W. Dalby Correctional Facility, Post, Texas, has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. Having reviewed the motion, respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this 12th day of May 2006.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE