```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

    v.                    Civil No. 06-2056
                         Crim. No. 05-20020-001

HUMBERTO VALDEZ-RUIZ                              DEFENDANT/MOVANT

### ORDER

Now on this 21st day of December 2006, there comes on for consideration the report and recommendation filed herein on December 1, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 54). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion is DENIED and DISMISSED.

IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge